```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 23696
   WARREN K BARFIELD
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8035


------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/08/2008 and was not confirmed.

     The case was dismissed without confirmation 11/17/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
AURORA LOAN SERVICES       CURRENT MORTG         .00           .00             .00
AURORA LOAN SERVICES       UNSECURED       NOT FILED           .00             .00
CITY OF CHICAGO WATER DE   SECURED            800.00           .00             .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00           .00             .00
AURORA LOAN SERVICES       MORTGAGE ARRE   45000.00            .00             .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE   12000.00            .00             .00
AMERICAN GERNERAL FINANC   UNSECURED       NOT FILED           .00             .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED         4271.39           .00             .00
TCF NATIONAL BANK          UNSECURED       NOT FILED           .00             .00
ARQUEL GLADDEN             NOTICE ONLY     NOT FILED           .00             .00
JOYNER LAW OFFICE          DEBTOR ATTY      2,300.00                           .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         ---------------    ---------------
TOTALS                        .00                   .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/24/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```